CHAD LESTER BA11121
S.V.S.P. A-3-121
PO BOX 1050
SOLEDAD, CA 93960

RECEIVED

U.S. POSTAGE PITNEY BOWES
$001.75
ZIP 93960
0001393392 JUL 16 2019

CLERK
U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102

STATE PRISON GENERATED LEGAL MAIL

JUL 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



LEGAL MAIL 7/15/19