CV 19-4205 JST
FILED
JUL 22 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DECLARATION OF CHAD R. KESTER # BA11121

(PR)

I CHAD KESTER DECLARE AS FOLLOWS

I AM A 40 YEAR OLD PRISONER IN MY FIFTH YEAR OF INCARCERATION. I WAS SENTENCED TO 18 YEARS 4 MONTHS.

SINCE IVE BEEN IN PRISON IVE ENROLLED IN COLLEGE & HAVE ATTENDED SOME 12 STEP PROGRAM GROUPS.

I SUFFER FROM MENTAL ILLNESS. MY DIAGNOSIS IS BI/POLAR - SCHIZO AFFECTIVE AND AM CURRENTLY BEING TREATED FOR IT. I ALSO HAVE SERIOUS MOBILITY ISSUES & CURRENTLY WALK WITH A CANE MY MENTAL HEALTH ISSUES COMBINED WITH SUBSTANCE ABUSE ARE CONTRIBUTING FACTORS TO MY BANK ROBBERY CONVICTIONS

I HAVE NEVER HAD A DISAPLINARY WRITE UP AND TRY VERY HARD TO COMPLY WITH ALL CDCR RULES & REGULATIONS. I STARTED OUT WITH 46 POINTS (LEVEL 3) AND CURRENTLY HAVE 22 POINTS (LEVEL 2)

I FIRST HEARD ABOUT THE MERGING OF

(1) DECLARATION OF CHAD KESTER

1  SNY WITH GP INTO THESE NON-DESIGNATED
2  YARDS ABOUT A YEAR AGO, SINCE THEN
3  MANY OF THESE YARDS HAVE BECOME
4  WARZONES. THERE HAVE BEEN BEATINGS,
5  RIOTS & STABBINGS. GENERAL POPULATION
6  INMATES OFTEN VICTIMIZE SNY INMATES.

8  I FEAR FOR MY LIFE TO ENTER ONE OF
9  THESE NON-DESIGNATED FACILITIES.
10 I AM A CONVICTED SEX OFFENDER, A
11 DROP-OUT GANG MEMBER, & HELPED LAW
12 ENFORCEMENT OBTAIN CONVICTIONS ON
13 AT LEAST 2 PEOPLE CURRENTLY G.P.
14 IN THE DEPARTMENT OF CORRECTIONS.
15 TWO SEPERATE G.P. GANGS HAVE OFFERED
16 A BOUNTY FOR MY DEATH, THE THREAT
17 TO MY LIFE IS REAL & CREDIBLE. I
18 HAVE ALREADY BEEN THE VICTIM OF
19 2 VIOLENT ATTACKS, AND ONLY WISH
20 TO SURVIVE. I PRAY THE COURT OFFERS
21 RELIEF. I BEG THE COURT TO PUT IN
22 PLACE A RESTRAINING ORDER MAKING
23 IT IMPOSSIBLE FOR ME TO BE EXPOSED
24 TO GENERAL POPULATION INMATES.

26 PERSUANT TO 28 USC 1746, I DECLARE
27 UNDER PENALTY OF PURJURY THAT
28 THE FOREGOING IS TRUE AND

(2)  DECLARATION OF
     CHAD KESTER

CORRECT, DATED THIS THE 11TH DAY OF JULY, 2019 IN SALINAS VALLEY STATE PRISON

*Chad Kester*
CHAD KESTER
#BA1121

DECLARATION OF
3  CHAD KESTER