FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUL 22 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CHAD KESTER

                    Plaintiff,

          vs.

RALPH DIAZ, et al;

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. __CV 19-4205 JST__

PRISONER'S                          **(PR)**
APPLICATION TO PROCEED
IN FORMA PAUPERIS

          I, ____Chad Kester_____, declare under penalty of perjury that I am the plaintiff in the above

entitled case and that the information I offer throughout this application is true and correct. I offer this

application in support of my request to proceed without being required to prepay the full amount of fees and

costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give

security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1.     Are you presently employed?          YES ☐          NO ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address
of your employer:

Gross: _____          Net: _____

Employer (name and address): _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages
per month which you received.  (If you are imprisoned, specify the last place of employment prior to
imprisonment.)     I  HAVE  NOT  WORKED  IN  OVER  A  DECADE
_____
_____

1

2.     Have you received, within the past twelve (12) months, any money from any of the following sources:

     a.     Business, profession or self employment?     **YES** ☐     **NO** ☒

     b.     Income from stocks, bonds or royalties?     **YES** ☐     **NO** ☒

     c.     Rent payments?     **YES** ☐     **NO** ☒

     d.     Pensions, annuities or life insurance payments?     **YES** ☐     **NO** ☒

     e.     Federal or state welfare payments,     **YES** ☐     **NO** ☒
              Social Security or other government source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.     Are you married?     **YES** ☐     **NO** ☒

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a.     List amount you contribute to your spouse's support: $ _____

     b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do <u>not</u> include their names.)

_____

_____

5.     Do you own or are you buying a home?     **YES** ☐     **NO** ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?     **YES** ☐     **NO** ☒

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total Due: $ _____

Monthly Payment: $ _____

2

7.      Do you have a bank account?                                    **YES** ☐        **NO** ☒

Name(s) and address(es) of bank (do <u>not</u> include account numbers): _____

_____

_____

Present balance(s):  $ _____

Do you own any cash?              **YES** ☐   **NO** ☒      Amount:  $ _____

Do you have any other assets?       **YES** ☐   **NO** ☒

If "yes," provide a description of each asset and its estimated market value.

_____

_____

8.      What are your monthly expenses?

Rent:  $ _____ Utilities: _____

Food:  $ _____ Clothing: _____

9.      Do you have any charge accounts/credit cards?        **YES** ☐        **NO** ☒

If yes, list them below. (Do <u>not</u> include account numbers.)

| <u>Name of Account</u> | <u>Monthly Payment</u> | <u>Total Owed on This Acct.</u> |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

10.     Do you have any other debts?  (List current obligations, indicating amounts and to whom they are

payable.  Do <u>not</u> include account numbers.)

_____CHILD SUPPORT for 3 CHILDREN_____

_____

11.     Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?

                                   **YES** ☐        **NO** ☒

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they

were filed.

_____

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/16/2019

DATE                          SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS
## IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _HAD KESTER 8/1/21_ for the last six months at

_SALINAS Valley State PRISON_, where (s)he is confined.
*(Name of Institution)*          *(Prisoner's Name)*

I further certify that the average deposits each month to this prisoner's account for the most recent six-

month period were $ ____∅____ and the average balance in the prisoner's account each month for the most

recent six-month period was $____∅____.

Date: _7-12-2019_          Officer Name: ____Lopez____

Signature: ____Lopez____

*Authorized Officer of the Institution*

5

Date\Time: 4/10/2019 8:37:53 AM

Institution: SVSP

Verified: _____

## CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | |
|---|---|---|---|---|---|
| BA1121 | KESTER, CHAD | SVSP | A  003 1 | 121001 | |

**Current Available Balance:**     $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| | | | **No information was found for the given criteria.** | | | |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | **No information was found for the given criteria.** | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| | | **No information was found for the given criteria.** | | |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | MA064831 | Active | $6,000.00 | $0.00 | $0.00 | $6,000.00 |
| DIRECT ORDER | MA064831 | Active | $1,188.00 | $0.00 | $0.00 | $1,068.00 |
| RESTITUTION FINE | MA068387 | Active | $6,000.00 | $0.00 | $0.00 | $6,000.00 |

41

Date\Time: 7/10/2019 8:46:26 AM        **CDCR**        Verified: _____

Institution: SVSP

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | |
|---|---|---|---|---|---|
| BA1121 | KESTER, CHAD | SVSP | A  003 1 | 121001 | |

**Current Available Balance:**      $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | | | |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| LIBRARY | LOST BOOKS 5/30/19 | $20.00 | $0.00 | $20.00 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | MA064831 | Active | $6,000.00 | $0.00 | $0.00 | $6,000.00 |
| DIRECT ORDER | MA064831 | Active | $1,188.00 | $0.00 | $0.00 | $1,068.00 |
| RESTITUTION FINE | MA068387 | Active | $6,000.00 | $0.00 | $0.00 | $6,000.00 |

37