UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>           Plaintiff,<br><br>      v.<br><br>RALPH DIAZ, et al.,<br><br>           Defendants. | Case No. 3:19-cv-04205-JST<br><br>**CLERK'S NOTICE REGARDING LOCATION CHANGE FOR JUDGE JON S. TIGAR** |

Effective August 26, 2019:

Judge Jon S. Tigar's courtroom and chambers will be located at the Ronald V. Dellums Federal Building and United States Courthouse, Courtroom 6, 2nd Floor, 1301 Clay Street, Oakland, CA 94612.

On or after the effective date, all court appearances, filings, and deliveries of chambers copies must be made at the Oakland Courthouse (https://cand.uscourts.gov/locations). For updated scheduling information, please visit https://cand.uscourts.gov/jst.

Judge Tigar's case assignments will be updated to reflect the correct office assignment (for example: 3:19-cv-00123-JST will now be 4:19-cv-00123-JST).

Dated: 8/21/2019

                                        Susan Y. Soong
                                        Clerk, United States District Court


By: _____
     Elizabeth Garcia, Deputy Clerk

*Clerk's-Notice_CRD*
*Rev. 08-18*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>             Plaintiffs,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>             Defendants. | Case No.: 3:19-cv-04205-JST<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 8/21/2019 I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Chad Kester ID: #:BA1121
Salinas Valley State Prison
P.O. Box 1050, A-3-121
Soledad, CA 93960

Dated: 8/21/2019

Susan Y. Soong
Clerk, United States District Court

By: *Elizabeth C. Garcia*
Elizabeth Garcia, Deputy Clerk

*Service_Certificate _CRD*
*Rev. 08-18*