

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

August 23, 2019

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA  94102

    Re:  19-cv-04205-JST, Kester v. Diaz

Dear Sir:

    Enclosed are copies of the Summons, Complaint and Order of Service and Order of in the above-captioned case which are being provided **as a courtesy**.  These documents have also been forwarded to the U.S. Marshals Service for service to the named Defendant(s) as set forth in the Order of Service.

    Very truly yours,

    Jacquelyn Lovrin
    Deputy Clerk

enclosures

*Rev. 7-19*