1  CHAD KESTER
2      PLANTIFF
3
4  V
5
6  RALPH DIAZ, ET AL
7      DEFENDANTS

CASE NO. 3:19-cv-04205-JST

NOTICE OF ADDRESS CHANGE FOR CHAD KESTER, DEFENDANT

**FILED**
SEP 06 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12  EFFECTIVE AUGUST 7, 2019:
13  I PLANTIFF KESTER HAVE BEEN
14  TRANSFERRED FROM SALINAS VALLEY
15  STATE PRISON TO CALIFORNIA
16  TRAINING FACILITY MY NEW
17  ADRESS IS:
18
19  CHAD R. KESTER CDC# BA1121
20  CALIFORNIA TRAINING FACILITY
21  PO BOX 705
22  SOLEDAD, CA 93960
23
24  PLEASE UPDATE MY RECORDS TO
25  REFLECT THIS CHANGE AND ROUTE
26  ALL FUTURE COORESPONDANCE TO
27
28  THE NEW ADRESS.

ALSO A HEARING WAS SCHEDULED WHERE THE PLAINTIFF IS TO ATTEND BY TELEPHONE. A NEW COPY OF THE ORDER SHOULD BE SENT TO THE CALIFORNIA TRAINING FACILITY LITIGATION COORDINATOR TO ENSURE ~~PLAINTIFF~~ KESTER WILL ATTEND VIA TELEPHONE

*Chad Kester* 8/29/2019
CHAD KESTER, PLAINTIFF