IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHAD KESTER,
PLAINTIFF

v.

RALF DIAZ, ET AL.,
DEFENDANTS

CASE NO. 19-cv-04205-JST

MOTION FOR APPOINTMENT OF COUNSEL

FILED
SEP 06 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PERSUANT TO 28 U.S.C. §1915(e)(1) CHAD ROBERT KESTER, PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL & HAS BEEN GRANTED TO PROCEED IN FORMA PAUPERIS

2. PLAINTIFFS IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITAGATE. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX & WILL REQUIRE A SIGNIFICANT RESEARCH AND INVESTIGATION

PAGE1 FOR COUNSEL APPOINTMENT

PLAINTIFF HAS A VERY LIMITED KNOWLEDGE OF THE LAW

3. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE & CROSS EXAMINE WITNESSES

4. PLAINTIFF HAS TRIED SEVERAL ORGANIZATIONS AND ASKED FOR ATTORNEY HELP WITHOUT RESULT.

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT APPOINT AN ABLE ATTORNEY TO BE COUNSEL IN THIS CASE

9-1-2019

*[signature]*

CHAD KESTER, PLAINTIFF

PAGE 2 FOR COUNSEL APPOINTMENT



CHAD LESTER BANZI
CTF
PO BOX 705
SOLEDAD CA 93960

US DISTRICT COURT CLERKS OFFICE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

CONFIDENTIAL
LEGAL MAIL

9/2/19

LEGAL MAIL

RECEIVED SEP 06 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410 2334 89 C004

US POSTAGE $000.50 PITNEY BOWES SEP 03 2019