UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD KESTER,

          Plaintiffs,

    v.

RALPH DIAZ, et al.,

          Defendants.

Case No.: 19-cv-04205-JST

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)     I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)     On 9/18/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Chad Kester ID: #:BA1121
Correctional Training Facility
P.O. Box 705
Soledad, CA 93960

Federal Pro Bono Project
United States Courthouse
450 Golden Gate Avenue
15th Floor, Room 2796
San Francisco, CA 94102

Date: September 18, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Doug Merry, Deputy Clerk to
the Honorable Jon S. Tigar

*Service_Certificate _CRD*
*rev. August 2018*