1  XAVIER BECERRA
   Attorney General of California
2  ADRIANO HRVATIN
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Deputy Attorney General
4  State Bar No. 232484
     1515 Clay St., 20th Fl.
5    Oakland, CA 94612
     Telephone: (510) 879-0980
6    Fax: (510) 622-2270
     E-mail: Preeti.Bajwa@doj.ca.gov
7  *Attorneys for Specially Appearing Unserved
   Defendants Diaz, Allison, and Foss*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CHAD KESTER,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | Case No. 4:19-cv-04205<br><br>**NOTICE OF REASSIGNMENT OF COUNSEL**<br><br>Judge:         The Honorable Jon S. Tigar<br><br>Action Filed: July 22, 2019 |

**TO THE COURT, PLAINTIFF, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that this matter has been reassigned to Deputy Attorney General Preeti K. Bajwa. Please direct all future communications, including service of all pleadings, orders and other documents, made in connection with this case as follows:

   Preeti K. Bajwa, State Bar No. 232484
   Deputy Attorney General
   1515 Clay Street, 20th Floor
   Oakland, CA  94612
   Telephone: (510) 879-0980
   Fax: (510) 622-2270
   E-mail: Preeti.Bajwa@doj.ca.gov

Additionally, please remove Deputy Attorney General Joanna B. Hood from the service list in this matter.

Dated:  October 15, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Preeti K. Bajwa*
PREETI K. BAJWA
Deputy Attorney General
*Attorneys for Specially Appearing Unserved Defendants Diaz, Allison, and Foss*

SA2019104716
21650678.docx

# CERTIFICATE OF SERVICE

Case Name:  *Kester v. Diaz, et al.*          Case No.   **4:19-cv-04205**

I hereby certify that on October 15, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF REASSIGNMENT OF COUNSEL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 15, 2019, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Chad Robert Kester (BA1121)
Correctional Training Facility
P.O. Box 705
Soledad, CA  93960-0686
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 15, 2019, at San Francisco, California.

|                G. Pang                |          */s/ G. Pang*         |
|----------------------------------------|--------------------------------|
|               Declarant                |           Signature            |

SA2019104716/21670175.docx