UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>        Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | Case No. 19-cv-04205-JST<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff, a state prisoner incarcerated at Correctional Training Facility – Soledad and proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Per order filed September 18, 2019, the Court referred plaintiff to the Federal Pro Bono Project ("FPBP") to find a volunteer attorney to represent him. ECF No. 19. FPBP has informed the Court that attorney Stephen J. Akerley (State Bar No. 160757), Member at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 44 Montgomery Street, Floor 36, San Francisco, California, 94104, has agreed to serve as appointed pro bono counsel for plaintiff in this action. The Court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Stephen J. Akerley of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1). The scope of this referral shall be for all purposes for the duration of this case.

The Clerk shall set this matter for a case management conference within eight weeks of this order. All proceedings in this action are stayed until that time. The purpose of the stay is to permit volunteer counsel sufficient time to meet and interview plaintiff and review the case file. In light of the appointment of counsel for him and plaintiff's custodial status, plaintiff need not attend the case management conference. The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

1       The Clerk shall add plaintiff's appointed counsel to the docket.  Counsel shall be familiar
2 with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's
3 website.  The Clerk shall also serve a copy of this order upon plaintiff and upon counsel for both
4 parties.  The Clerk shall also send a copy of this order to FPBP.

5       **IT IS SO ORDERED.**

6 Dated:  November 25, 2019



                                    JON S. TIGAR
                            United States District Judge

United States District Court
Northern District of California