UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>        Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | Case No.19-cv-04205-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 28, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due January 21, 2020.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: November 25, 2019

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Mauriona Lee, Deputy Clerk to the
                                            Honorable JON S. TIGAR
                                            510-637-3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>    Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 19-cv-04205-JST<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chad Kester ID: #:BA1121
Correctional Training Facility
P.O. Box 705
Soledad, CA 93960

Dated: November 25, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Mauriona Lee, Deputy Clerk to the
                                              Honorable JON S. TIGAR