UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD KESTER,

        Plaintiffs,

  v.

RALPH DIAZ, et al.,

        Defendants.

Case No.: 19-cv-04205-JST

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 11/25/2019, I SERVED a true and correct copy(ies) of the attached Order Appointing Counsel, docket #22, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Preeti Kaur Bajwa  
California State Attorney General's Office  
California Department of Justice  
1515 Clay Street, 20th Floor  
Oakland, CA 94612

Chad Kester  
#:BA1121  
Correctional Training Facility  
P.O. Box 705  
Soledad, CA 93960

Stephen James Akerley  
Mintz Levin Cohn Ferris Glovsky and Popeo PC  
44 Montgomery St., 36th Floor  
San Francisco, CA 94104

Dated: 11/25/2019

Susan Y. Soong  
Clerk, United States District Court

By: _____  
Jacquelyn Lovrin, Deputy Clerk to  
the Honorable Jon S. Tigar

*Service_Certificate _CRD*  
*rev. August 2018*