To: The Clerk of Judge Tigar

Re: Case # 19-cv-04205-JST

To whom it may concern,

Enclosed are a motion, some declarations, and exhibits I'd like to file on my case.

Also on 9/18/2019 I was granted my motion to be appointed counsel & reffered to the Federal Pro Bono Project but as of today I have recieved nothing as to the actual appointment of an attorney. It's been 60 days almost. Is this usual? Please let me know.

Chad Kesters
CTF
PO Box 705
Soledad CA 93960