CHAD KESTER BA1121
CTF - WA 230L
PO BOX 705
SOLEDAD, CA 93960




OFFICE OF THE CLERK, U.S. District Court
NORTHERN District of California
450 Golden Gate Ave
San Francisco, CA 94102

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
NOV 21 2019
RECEIVED

LEGAL & CONFIDENTIAL MAIL

