| | |
|---|---|
| 1 | Stephen J. Akerley (Bar No. 160757) |
| 2 | sjakerley@mintz.com |
|   | Adrian Kwan (Bar No. 300032) |
| 3 | akwan@mintz.com |
|   | MINTZ LEVIN COHN FERRIS GLOVSKY |
| 4 |  AND POPEO P.C. |
|   | 44 Montgomery Street, 36th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:  415-432-6000 |
| 6 | Facsimile:  415-432-6001 |
| 7 | |
|   | Attorneys for Plaintiff, |
| 8 | CHAD ROBERT KESTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER | Case No. 4:19-cv-4205-JST |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL ADRIAN KWAN** |
| RALPH DIAZ, ET AL. | |
| Defendant. | Assigned Judge: |
| | The Honorable Jon S. Tigar |
| | Courtroom 6, 2nd Floor |
| | |
| | Complaint Filed    July 22, 2019 |
| | Trial Date:             TBD |

NOTICE OF APPEARANCE OF COUNSEL ADRIAN KWAN – CASE NO. 4:19-cv-4205-JST

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Chad Robert Kester ("Plaintiff") hereby provides notice that Adrian Kwan is appearing as counsel for Plaintiff in this matter.  Plaintiff requests that copies of all notices and filings be provided to Mr. Kwan as follows:

> Adrian Kwan (SBN 300032)
> AKwan@mintz.com
> Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
> 44 Montgomery Street, 36th Floor
> San Francisco, California 94104
> Tel:  415-432-6000
> Fax: 415-432-6001

Dated: January 17, 2020                    Respectfully submitted,

                                           By:    */s/ Adrian Kwan*
                                                  Stephen J. Akerley
                                                  Adrian Kwan

                                                  Attorneys for Plaintiff,
                                                  Chad Robert Kester