1  Stephen J. Akerley (SBN 160757)
   sjakerley@mintz.com
2  Adrian Kwan (SBN 300032)
   akwan@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
     AND POPEO, P.C.
4  44 Montgomery Street, 36th Floor
   San Francisco, CA  94104
5  Tel:  (415) 432-6000
   Fax: (415) 432-6001
6
7  Attorneys for Plaintiff
   Chad Robert Kester
8

9

10                 UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CHAD KESTER,                      Case No. 4:19-cv-4205-JST

14              Plaintiff,
                                      JOINT STIPULATION AND
15       vs.                          [PROPOSED] ORDER FOR
                                      PLAINTIFF CHAD KESTER TO
16                                    APPEAR TELEPHONICALLY AT
    RALPH DIAZ, et al;                JANUARY 28, 2020 CASE
17                                    MANAGEMENT CONFERENCE
              Defendants.
18

19

20                                    Assigned Judge:  The Honorable Jon S. Tigar
                                                       Courtroom 6, 2nd Floor
21

22

23

24

25

26

27

28

1    The parties to this action hereby stipulate and respectfully request that plaintiff Chad Robert

2  Kester ("Mr. Kester") be allowed to appear telephonically for the Case Management Conference

3  scheduled for January 28, 2020.

4    Mr. Kester is currently incarcerated at Correctional Training Facility ("CTF") in Soledad,

5  California, and wishes to telephonically attend the upcoming Case Management Conference.  Before

6  Mr. Kester can reserve a telephone and room to attend the upcoming Case Management Conference,

7  Plaintiff must seek Court approval.  For avoidance of doubt, Plaintiff's counsel will appear in person

8  for the January 28 Case Management Conference.

9    Therefore, the parties hereby stipulate and respectfully request that Plaintiff Chad Robert

10  Kester be allowed to appear telephonically for the January 28 Case Management Conference.

11  **SO STIPULATED.**

12  Dated:  January 17, 2020                    Respectfully submitted,

13                                              MINTZ LEVIN COHN FERRIS GLOVSKY
14                                              AND POPEO PC

15                                              By:    */s/ Adrian Kwan*
16                                                    Stephen J. Akerley (SBN 160757)
                                                     Adrian Kwan (SBN 300032)
17                                                    *Attorneys for Plaintiff*
                                                     *Chad Robert Kester*
18

19  Dated:  January 17, 2020                    CALIFORNIA ATTORNEY GENERALS
                                               OFFICE
20
                                               By:    */s/ Preeti K. Bajwa*
21                                                    Preeti K. Bajwa (SBN 232484)
                                                     preeti.bajwa@doj.ca.gov
22                                                    Deputy Attorney General
                                                     1515 Clay Street, 20th Floor
23                                                    Oakland, CA  94612
                                                     Tel:  (510) 879-0980; Fax: (510) 622-2270
24
                                                     Damon G. McClain (SBN 209508)
25                                                    damon.mcclain@doj.ca.gov
                                                     Supervising Deputy Attorney General
26                                                    455 Golden Gate Ave Suite 1100
                                                     San Francisco, CA  94102
27                                                    Tel:  (916) 210-7343; Fax: (415) 703-5843
28                                                    *Attorneys Defendants Diaz, Allison, and Foss*

-1-

1

**ATTORNEY ATTESTATION**

2

3      I, Adrian Kwan, pursuant to Local Rule 5-1(i)(3), attest that concurrence in the filing of this

4  document has been obtained from each of the other signatories as indicated by an electronic

5  signature (/s/) within this e-filed document.

6      I declare under penalty of perjury of the United States of America that the foregoing is true

7  and correct.

8

9   Dated:  January 17, 2020                    _____/s/ Adrian Kwan_____

10                                                              Adrian Kwan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO APPEAR TELEPHONICALLY
AT JANUARY 28, 2020 CASE MANAGEMENT CONFERENCE – CASE NO. 4:19-cv-4205-JST

1

## [PROPOSED] ORDER

2

3        Having considered the stipulated request of the parties, the Court orders as follows:

4        1.       For good cause shown and in light of the stipulation of the parties to allow Plaintiff

5   Chad Robert Kester to appear telephonically at the January 28, 2020 Case Management Conference,

6   the Court hereby GRANTS the parties' request for telephonic appearance.

7

8   **IT IS SO ORDERED.**

9    Dated:  January __, 2020

10                                                      _____
                                                        THE HONORABLE JON S. TIGAR
                                                        Judge of the United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28