STEPHEN J. AKERLEY (Bar No. 160757)
ADRIAN KWAN (Bar No. 300032)
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:   (415) 432-6000
Facsimile:   (415) 432-6001
SJAkerley@mintz.com
AKwan@mintz.com

*Attorneys for Plaintiff*
Chad Robert Kester

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | Case No.  4:19-cv-04205-JST<br><br>Assigned to:  The Honorable Jon S. Tigar<br>                      Courtroom 6, 2nd Floor<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>[CIV. L.R. 3-15]<br><br>Complaint Filed: July 22, 2019<br>Trial Date:  TBD |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Plaintiff reserves its right to supplement this Certificate subject to the discovery of any applicable additional information as this case proceeds.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  January 21, 2020              Respectfully submitted,

                                       MINTZ LEVIN COHN FERRIS GLOVSKY
                                         AND POPEO P.C.

                                       */s/ Adrian Kwan*
                                       By:   Stephen J. Akerley
                                                Adrian Kwan

                                       Attorneys for Plaintiff
                                       Chad Robert Kester