XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (510) 879-0980
  Fax:  (510) 622-2270
  E-mail:  Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants*
*R. Diaz, K. Allison, and T. Foss*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CHAD KESTER,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | 4:19-cv-04205<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-15]**<br><br>Date:  January 28, 2020<br>Time:  2pm<br>Courtroom:  6, 2nd Floor<br>Judge:  The Honorable Jon S. Tigar<br>Trial Date:  n/a<br>Action Filed:  July 22, 2019 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.  Defendants reserve their right to supplement this Certificate subject to the discovery of any applicable additional information as the case proceeds.

/ / /

/ / /

/ / /

1

Defs.' Cert. of Interested Entities or Persons  (4:19-cv-04205)

1       A supplemental disclosure statement will be filed upon any change in the information

2   provided herein.

3   Dated:  January 22, 2020                Respectfully submitted,

4                              XAVIER BECERRA
                           Attorney General of California

5                              DAMON G. MCCLAIN
                           Supervising Deputy Attorney General

6

7

8                              */s/ Preeti K. Bajwa*
                           PREETI K. BAJWA

9                              Deputy Attorney General
                           *Attorneys for Defendants Diaz, Allison, and*
                           *Foss*

10

11  SA2019104716
   21784653.docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   ___*Kester v. Diaz, et al.*___          Case No.   __**4:19-cv-04205**__

I hereby certify that on <u>January 22, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-15]

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 22, 2020</u>, at San Francisco, California.

<table>
<tr><td>_____G. Pang_____</td><td>_____*/s/ G. Pang*_____</td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2019104716/21784946.docx