UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 28, 2020                                         Judge:  Jon S. Tigar

Time:  2:02 – 2:12

Case No.      **4:19-cv-04205-JST**
Case Name     **Chad Kester v. Ralph Diaz, et al**

Attorney(s) for Plaintiff(s):      Stephen Akerley, Adrian Kwan
Attorney(s) for Defendant(s):   Preeti Bajwa, Damon McClain

Deputy Clerk: Mauriona Lee                         Court Reporter: Raynee Mercado

### PROCEEDINGS

Initial Case Management Conference – held.

### RESULT OF HEARING

1. Counsel for both parties present. Plaintiff appeared telephonically.
2. Amended complaint due February 3, 2020.
3. The parties are ordered to meet and confer about, and make a joint proposal regarding, the scheduling order. Joint or competing proposal due February 4, 2020.
4. Further case management conference set for April 28, 2020 at 2:00 p.m. Case management statement due April 21, 2020 by 5:00 p.m.