UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04205-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 45 |

The Court has received Defendants' letter dated February 21, 2020. ECF No. 45. Because the parties have not presented a stipulation, the Court cannot conclude that Plaintiff has waived his right to a jury trial. The Court issues an order to show cause as to why the Court should not strike Plaintiff's demand for a jury trial. A written response to this order to show cause is due Friday, March 20, 2020.

**IT IS SO ORDERED.**

Dated: March 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　
JON S. TIGAR
United States District Judge