UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD KESTER,<br><br>          Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | Case No. 19-cv-04205-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR SCHEDULING MODIFICATION; AMENDED SCHEDULING ORDER**<br><br>Re: ECF No. 57 |

On April 21, 2020, the parties filed a stipulated request to stay discovery; vacate the case management conference scheduled for April 28, 2020; "and propose to the Court a date for the Case Management Conference and associated discovery and ADR obligations after the stay requested herein expires." ECF No. 57. They state that "due to the COVID-19 Public Health Emergency, the California Department of Corrections and Rehabilitation ('CDCR') has diverted its resources to managing the prison population to avoid the spread of the disease in its institutions and among its staff" and has not been able to respond to Plaintiff's discovery requests. *Id.* at 2.

Good cause appearing, the Court will grant the request in part and deny it in part. The case management conference currently scheduled for April 28, 2020 is CONTINUED to June 30, 2020 at 2:00 p.m. An updated case management statement is due June 23, 2020. All discovery is stayed until June 21, 2020.

The case deadlines set forth in the Court's most recent scheduling order are extended by 63 days, as follows:

/ / /

/ / /

| Event | Deadline |
|---|---|
| Close of Fact Discovery | August 21, 2020 |
| Opening Expert Reports | September 3, 2020 |
| Rebuttal Expert Reports | October 16, 2020 |
| Close of Expert Discovery | November 13, 2020 |
| Last Day to File Daubert Motions | December 18, 2020 |
| Oppositions to Daubert Motions Due | January 18, 2021 |
| Replies to Daubert Motions Due | February 2, 2021 |
| Plaintiff's Opening Summary Judgment Motion | March 8, 2021 |
| Defendants' Opening/Opposition Summary Judgment Motion | April 7, 2021 |
| Plaintiff's Opposition/Reply Summary Judgment Brief Due | April 23, 2021 |
| Defendants' Reply Summary Judgment Brief Due | May 10, 2021 |
| Hearing on Summary Judgment Motions | June 16, 2021 |
| Pretrial Disclosures | August 20, 2021 |
| Pretrial Conference | August 27, 2021 at 1:30 p.m. |
| Trial | September 20, 2021 at 8:00 a.m. |
| Estimate of trial length (in days) | Five |

This case will be tried to the Court.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court has set a dispositive motion deadline which allows enough time for the Court to consider any such motions well in advance of trial.  The parties should assume that any subsequent continuance of the dispositive motion deadline, or any enlargement of the dispositive motion

briefing schedule beyond that set forth in Civil Local Rule 7-3, will result in a continuance of the pretrial conference and trial dates of equal or greater length.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: April 24, 2020

_____
JON S. TIGAR
United States District Judge