# EXHIBIT B

# Abdul-Rahim, Regina

| | |
|---|---|
| **From:** | Akerley, Stephen |
| **Sent:** | Tuesday, June 2, 2020 9:45 AM |
| **To:** | rmaliekel@sfbar.org |
| **Cc:** | Kwan, Adrian |
| **Subject:** | Fwd: Kester v. Diaz - 4:19-cv-04205 JST - Seeking Guidance from Judge Tigar |

Dear Rose Marie,

Below you will see an email I just sent to Judge Tigar's courtroom deputy informing the court that I am leaving Mintz, private practice . . . and the West Coast. I have taken an in house position that will require a move to the other side of the country eventually. I cannot, at this point, continue with any of my private client representation, including pro bono matters. I attempted to secure replacement counsel within the firm but this case appears to be one that sparked only my interest. I am certain that Adrian and the firm will do whatever is necessary to make sure that Mr. Kester's case is in great shape and will assist if the Project is able to find him new lawyers.

On a personal note, I hope you and the JDC team know how much I have appreciated being a part of the Project and assisting when I could. I can say with some certainty that I will not miss having to log and bill every minute of my work days - and I can also say with certainty that I will miss working with you and the other team members of the Federal Pro Bono Project. Keep up the great and valuable work you do.

All the best,

Steve Akerley

Sent from my iPad

Begin forwarded message:

> **From:** "Akerley, Stephen" <SJAkerley@mintz.com>
> **Date:** June 2, 2020 at 9:26:04 AM PDT
> **To:** "jstcrd@cand.uscourts.gov" <jstcrd@cand.uscourts.gov>
> **Cc:** "Kwan, Adrian" <AKwan@mintz.com>
> **Subject: Kester v. Diaz - 4:19-cv-04205 JST - Seeking Guidance from Judge Tigar**
>
> Dear Madame Deputy and Judge Tigar,
>
> I am lead counsel of record in Kester v. Diaz, a case taken on a pro bono basis through BASF's Federal Pro Bono Program. I have recently decided to leave private practice and to take an in-house position that, among other changes, will require a geographic move. I will, therefore, have to withdraw from the case. Unfortunately, in the current, uncertain environment caused within law firms as a result of the Covid pandemic, I have been unable to find another Mintz Levin partner interested in taking over representation of Mr. Kester. Mr. Kwan, while extremely capable, is not in a position within the firm to continue without the supervision of a partner.
>
> My departure and imminent withdrawal this week are complicated by the fact that the prison housing Mr. Kester has been unable to schedule a call with him for approximately two weeks and a call is not scheduled until July 10, 2020 - two days after I start my new position. Mintz asked me to seek guidance from the Court regarding my departure and the anticipated firm withdrawal. At this time, even though I

will no longer be with Mintz and will have filed a notice of withdrawal, I intend to participate in the scheduled call with Mr. Kester, as I believe he should here of these changes from me. However, I wanted to make sure the Court was aware of the full circumstances in advance of the firm filing its motion to withdraw.

During our efforts on the case, we have undertaken discovery and received certain documents along with the State's commitment to produce additional documents. Mr. Kester, or his new lawyers, will be in a better position than when we started the case and Mr. Kwan can assist in getting new counsel up to speed. Furthermore, our understanding of Mr. Kester's position in his current prison housing arrangement is that he is in a stable position and is not facing any integration in the foreseeable future.

Finally, we attempted to reach the Court by phone but were unable to do so, prompting this email. Note that I will forward a copy of this letter to the director of the Pro Bono Program as well, in order to ensure that all necessary entities are fully informed.

With warm regards,

Stephen J. Akerley
Mintz PC
44 Montgomery St.
36th Floor
San Francisco, CA 94104

(415) 696-5644

Sent from my iPad