# EXHIBIT D

**Stephen J. Akerley**
415 696 5644
sjakerley@mintz.com



MINTZ

44 Montgomery Street, 36th Floor
San Francisco, California  94104
415 432 6000
mintz.com

June 4, 2020

Chad Robert Kester
CDC # BA1121
C.T.F.
P.O. Box 705
Soledad, CA  93960

      Re:    *Chad Kester v. Ralph Diaz, et al., USDC N.D. Cal. Case No. 19-cv-04205-JST*

Dear Mr. Kester:

I am writing to inform you that as of Friday, June 5th, I will no longer be working as a member of the Mintz firm.  I have decided to leave private practice and take a corporate position that will require me to move to the east coast as soon as it is safe to do so.  As I am sure you know, I have acted as the attorney in charge and as the supervising attorney overseeing Mr. Kwan's work on your behalf.  With my departure, given various uncertainties brought about by the COVID-19 pandemic, the Mintz firm will be filing a motion to withdraw from representing you in your case as it moves forward.  I have informally let the court know of both my impending departure and the firm's intention to withdraw.  The withdrawal will be sought by a formal, noticed motion and you should receive a copy of that motion in due course (I suspect it will be filed the week of June 15th).  In accordance with local court rules, I have also informed defendants' counsel of all this.

Please understand that during the last week of May we attempted to schedule a call with you for this week (the first week of June) to discuss all of this in a more personal manner.  We were informed that a call could not be scheduled until June 10th at the earliest.  Adrian will be on that call and I may be if my new job and schedule permit.

While I cannot be certain, I think that once the firm's motion to withdraw is granted your case will be referred back into the Federal Pro Bono Program.  My hope is that another qualified firm or lawyer seeks to assist you with the important issues raised by your complaint and I wish you success in your case.

                                    Sincerely,

                                    Stephen J. Akerley
                                    Member