# EXHIBIT E

1  Adrian Kwan
   akwan@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
    AND POPEO, P.C.
3  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
4  Telephone: (415) 432-6000
   Facsimile: (415) 432-6001
5
6  Attorneys for Plaintiff
   Chad Kester
7

8                **UNITED STATES DISTRICT COURT**

9            **THE NORTHERN DISTRICT OF CALIFORNIA**

10                     **OAKLAND DIVISION**

11

12
   CHAD KESTER,                          Case No. 4:19-cv-4205-JST
13                    Plaintiffs,

14          v.                           **DECLARATION OF STEPHEN J.**
                                         **AKERLEY IN SUPPORT OF UNOPPOSED**
15                                       **MOTION TO WITHDRAW AS COUNSEL**
   RALPH DIAZ, et al;                    **FOR PLAINTIFF CHAD KESTER**
16

17
                                         Date:  July 22, 2020
18                    Defendant.         Time:  2:00 p.m.
                                         Courtroom:  6 (2nd Floor)
19                                       Judge:  The Honorable Jon S. Tigar

20

21

22

23

24

25

26

27

28

I, Stephen J. Akerley, declare as follows:

1.    I am an attorney at law duly licensed to practice before all courts of the State of California and this Court, a former member at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. ("Mintz"), and former lead counsel for Plaintiff Chad Robert Kester ("Mr. Kester") in the above captioned action. I submit this declaration in support of the Unopposed Motion to Withdraw as Counsel for Plaintiff Chad Kester.

2.    I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3.    I recently decided to leave private practice to take an in-house position at Interdigital, Inc. As part of the expectations of taking that position, I am expected to move to Delaware in the near future as soon it is reasonably safe to do so in light of the COVID-19 Public Health Crisis.

4.    I was informed on May 27, 2020 that my starting date with Interdigital, Inc. was to be Monday, June 8, 2020. I had my assistant reach out to schedule a call with Mr. Kester so that I could inform him of my imminent departure and Mintz's withdrawal from this matter. Unfortunately, due to increased Board of Parole hearings, Mr. Kester was not available until the week of June 8, after I had left private practice.

5.    On June 10, 2020, I spoke with Mr. Kester by telephone to discuss the circumstances of my withdrawal. Mr. Kester was appreciative of the work we had done on his behalf and indicated he would not oppose any withdrawal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day of June 17, 2020, at Tiburon, California.



By: _____
      STEPHEN J. AKERLEY

-1-

DECLARATION OF STEPHEN J. AKERLEY IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CHAD KESTER – CASE NO. 4:19-cv-04205-JST

**ATTORNEY ATTESTATION**

     I, Adrian Kwan, pursuant to Local Rule 5-1(i)(3), attest that concurrence in the filing of this document has been obtained from each of the other signatories as indicated by an electronic signature (/s/) within this e-filed document.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 17, 2020                         _____ */s/ Adrian Kwan* _____
                                          Adrian Kwan

-2-