1  THOMAS M. MCINERNEY, CA Bar No. 162055
   tmm@ogletree.com
2  SHANNON R. CLAWSON, CA Bar No. 273699
   shannon.clawson@ogletree.com
3  ATTICUS LEE, CA Bar No. 298002
   atticus.lee@ogletree.com
4  OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
5  One Embarcadero Center, Suite 900
   San Francisco, CA  94111
6  Telephone:  415-442-4810
   Facsimile:  415-442-4870
7
   *Attorneys for Plaintiff*
8  *CHAD KESTER*

9  ROB BONTA
   Attorney General of California
10 ADRIANO HRVATIN
   Supervising Deputy Attorney General
11 PREETI K. BAJWA
   Supervising Deputy Attorney General
12 State Bar No. 232484
   455 Golden Gate Avenue, Ste. 1100
13 San Francisco, CA 94102
   Telephone:  (415) 510-3747
14 Fax:  (415) 703-5840
   E-mail:  Preeti.Bajwa@doj.ca.gov
15
   *Attorneys for Defendants*
16 *K. Allison, J. Macomber, C. Gipson, and C. Koenig*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CHAD KESTER,** | Case No. 4:19-cv-04205-JST |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | Date:  October 12, 2021<br>Time:  2:00 pm<br>Judge:  The Hon. Jon Tigar |
| **RALPH DIAZ, et al.,** | |
| Defendants. | Action Filed:  July 22, 2019 |

1

Joint Req. and Stip. Continue Case Management Conference; [Proposed] Order   )4:19-cv-04205-JST)

1    The parties, Plaintiff Chad Kester ("Plaintiff"), and Defendants K. Allison, J. Macomber,
2 C. Gipson, and C. Koenig ("Defendants") (collectively, the "Parties"), present the following
3 stipulation pursuant to Local Rule 6-2:
4    WHEREAS the Parties are engaging settlement discussions with the Honorable Judge
5 Nathanael Cousins;
6    WHEREAS the Parties have met with Judge Cousins on August 30, 2021, September 13,
7 2021 and September 27, 2021.
8    WHEREAS a further settlement conference with Judge Cousins was initially set for
9 October 4, 2021;
10   WHEREAS due to scheduling conflicts on both sides, on September 30, 2021, the
11 settlement conference was continued to October 18, 2021 at 9:00 am.
12   WHEREAS there have been no previous modifications to the Further Case Management
13 Conference;
14   WHEREAS the Parties submit that this requested continuance will have no impact on the
15 schedule for this case except that the conference will be rendered moot and should be vacated if
16 the Parties reach a resolution before the rescheduled Case Management Conference; and
17   WHEREAS should the case fail to resolve, the Parties would be ready to engage in case
18 management conference on November 2021.
19   NOW, THEREFORE, the Parties, by and through their counsel of record, stipulate as
20 follows:
21   (a) The Parties were regretfully unable to timely file this stipulation pursuant to Local
22       Rule 6-1 and respectfully request that this stipulation and proposed order nonetheless be
23       considered in the interests of justice;
24   (b) Pursuant to Local Rule 6-2 and in the interests of judicial economy, the Parties
25       stipulate to continue the case management conference presently scheduled for October 12,
26       2021 at 2:00 pm to November 16, 2021 at 2:00 pm.
27
28

2

Joint Req. and Stip. Continue Case Management Conference; [Proposed] Order   )4:19-cv-04205-JST)

IT IS SO STIPULATED.

Dated: October 5, 2021     Respectfully submitted,

OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.

By:    */s/ Shannon R. Clawson*
        Shannon R. Clawson
        Thomas M. McInerney

*Attorneys for Plaintiff
Chad Robert Kester*

Dated: October 5, 2021     CALIFORNIA ATTORNEY GENERALS OFFICE

By:    */s/ Preeti Kaur Bajwa*
        Preeti Kaur Bajwa
        Adriano Hrvatin

*Attorneys for Defendants Allison, Macomber, Koenig, and Gipson*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __October 5__, 2021     _____
                             HON. JON TIGAR
                             UNITED STATES DISTRICT COURT JUDGE

3

Joint Req. and Stip. Continue Case Management Conference; [Proposed] Order )4:19-cv-04205-JST)