1   Rob Bonta
    Attorney General of California
2   Preeti K. Bajwa
    Supervising Deputy Attorney General
3   Ryan J. Zalesny
    Deputy Attorney General
4   State Bar No. 281999
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6085
6    Fax:  (916) 761-3641
     E-mail:  Ryan.Zalesny@doj.ca.gov
7   *Attorneys for Defendants K. Allison, G. Viera Rosa,*
    *C. Gipson, and C. Koenig*

8

9                  IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12

13
    **CHAD KESTER,**                        4:19-cv-04205-JST
14
                              Plaintiff,    **STIPULATION TO EXTEND EXPERT
15                                          DISCOVERY CUTOFF**

16           v.                             Judge:        The Honorable Jon S. Tigar
                                            Trial Date:   November 28, 2022
17  **K. ALLISON, et al.,**                 Action Filed: July 22, 2019

18                            Defendants.

19

20         Pursuant to Civil Local Rule 6-2, and in accordance with Civil Local Rule 7-12, Plaintiff

21  Chad Kester ("Plaintiff") and Defendants Allison, Viera Rosa, Gipson, and Koenig

22  ("Defendants") submit jointly this stipulation to extend the **expert discovery cut-off from July**

23  **8, 2022 to July 29, 2022**.

24                            **JOINT DECLARATION**

25         Pursuant to Civil Local Rule 6-2(a), the parties jointly declare as follows:

26         The parties agree to this extension because Defendants' expert D. Halverson, a retiree of

27  California Department of Corrections and Rehabilitation, will be unavailable for several weeks

28  beginning on June 28, 2022.  Due to Defendants' expert's unavailability and additional expert

                                            1

discovery the parties may conduct (including depositions of both parties' experts), the parties are not able to complete expert discovery by the current deadline of July 8, 2022.

The Court previously modified deadlines in this case on April 24, 2020 due to the COVID-19 pandemic (ECF No. 58) and February 4, 2021 due to the Federal Pro Bono Project's inability to locate replacement pro bono counsel for Plaintiff.  (ECF No. 69.)  On May 5, 2021, the Court issued a Scheduling Order (ECF No. 80), which, pursuant to the parties' Stipulation, the Court modified on April 15, 2022.  (ECF Nos. 105-106.)

The time modification requested herein does not affect the remainder of the schedule.  (*See* ECF No. 106.)

## **STIPULATION**

**THE PARTIES HEREBY STIPULATE AND AGREE** to the following modification of the schedule in this case:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Expert Discovery Cut-Off | July 8, 2022 | July 29, 2022 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 13, 2022

Respectfully submitted,

Rob Bonta
Attorney General of California
Preeti K. Bajwa
Supervising Deputy Attorney General

Ryan J. Zalesny
Deputy Attorney General
*Attorneys for Defendants K. Allison, G. Viera Rosa, C. Gipson, and C. Koenig*

2

Stip. Extend Expert Disc. Cut-Off (4:19-cv-04205-JST)

Dated:   June 13, 2022                                    Respectfully submitted,

_____

THOMAS M. MCINERNEY
SHANNON R. CLAWSON
*Attorneys for Plaintiff Chad Kester*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 15, 2022

_____

Hon. Jon Tigar
United States District Court Judge

### FILER'S ATTESTATION

Under Civil Local Rule 5-1(h)(3), I, Ryan Zalesny, the filer of this document, attest that each of the other signatories have concurred in the filing of this document.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 13, 2022, at Los Angeles, California.

_____

Ryan Zalesny
Deputy Attorney General

SA2019104716
Stipulation to Modify Scheduling Order

3